# JOEL S. COHEN, P.C.
ATTORNEY AT LAW
225 Broadway, Suite 1203
New York, NY 10007
Tel.: (212) 571-8899
Fax: (212) 571-9557
Email: jcesq99@gmail.com

August 23, 2012

VIA EMAIL and FEDEX
The Honorable Dennis M. Cavanaugh
United States District Judge
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: United States v. Alaa El Saadawi
   07 CR 560 (DMC)

Dear Judge Cavanaugh:

On July 12, 2007, Magistrate Judge Madeline Cox Arleo released Mr. El Saadawi on bond of $100,000.00 following his arraignment on the above-referenced matter. That bail was secured in part by the filing of a Confession of Judgment against an apartment owned by his father-in-law, Mohammed Chadid located at 30-06 29th Street, Apartment 4S, Astoria NY in Queens County.

On May 22, 2012 Your Honor sentenced Mr. El Saadawi principally to a one year term of probation. I therefor write, with the consent of the Government, to request, respectfully, that Your Honor deem the bail conditions in this case

The Honorable Dennis M. Cavanaugh
United States District Judge
Page two

satisfied and release the lien on the property previously filed with the County Clerk in Queens County, NY.

                                                Very truly yours,

                                                Joel S. Cohen (JC6998)

cc: Andrew Kogan, AUSA

The above application is hereby granted. The lien is deemed SATISFIED.

SO ORDERED: 8/29/12

_____
DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE
NEWARK, NJ